**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ST. JUDE PACKAGING & SPECIALTIES, INC.**                                   **PLAINTIFF**

**v.**                               **4:06CV01717-WRW**

**WORLD COLOR, INC.**                                                        **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion in Limine (Doc. No. 55). Defendant has responded (Doc. No. 57). Plaintiff's Letter to the Court, dated February 4, 2008, reads "[t]he Plaintiff has decided to withdraw its motion in limine . . . ." Accordingly, Plaintiff's Motion is MOOT.

IT IS SO ORDERED this 5th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE