## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 27, 2009**

Mr. David Fuqua
Fuqua & Campbell, P.A.
425 West Capitol Ave., Suite 400
Little Rock, AR 72201

Mr. George Bequette, Jr.
Bequette & Billingsly
TCBY Tower
425 West Capitol Ave., Suite 3200
Little Rock, AR 72201-3469

    Re:    *St. Jude Packaging & Specialties, Inc. v. World Color, Inc.*, 4:06-CV-01717-WRW

Dear Counsel:

Because this is a bench trial, I will decide any motions in limine as we go along.

                                      Cordially,

                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record