IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ST. JUDE PACKAGING AND SPECIALTIES, INC.                    PLAINTIFF

vs                              4:06CV01717-WRW

WORLD COLOR, INC.                                           DEFENDANT

## ORDER

At the request of the Defendant, the oral Motion to Allow Cell Phone and Computer in the Courthouse is GRANTED and pursuant to Amended General Order No. 54 orders that:

Mr. Stephen Elston is authorized to bring into the Courthouse and possess and retain on his person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the Court trial before me beginning Tuesday, June 2 through Thursday, June 4, 2009.

IT IS SO ORDERED this 2nd day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE